1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,            )   Case No: 1:11-CR-400
                                          )
12 |                   Plaintiff,          )
                                          )   ORDER TO **UNSEAL** INDICTMENT
13 |        v.                             )
                                          )
14 |                                       )
    DARRICK LEROY WILLIAMS,               )
15 |                                       )
                       Defendant.          )
16 |                                       )
   |_____)
17

18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.
22
23  Date: Nov. 18, 2011          /s/ Jennifer L. Thurston
                                 Honorable Jennifer L. Thurston
24                               United States Magistrate Judge

25

26

27

28

                                        2

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>               Plaintiff,             )<br>                                      )<br>     v.                               )<br>                                      )<br> DARRICK LEROY WILLIAMS,              )<br>                                      )<br>               Defendant.             )<br>_____) | Case NO. 1:11-CR-400<br><br>REQUEST TO **UNSEAL** INDICTMENT |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                              BENJAMIN B. WAGNER
                              United States Attorney

Date: November 18, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney

1